method of tefting the validity of pleadings, and that the plaintiff ought to have demurred.

Boyd for plaintiff.
Burr for defendant.

## Salstonstall *vs.* White.

*Ejectment.* PROCEEDINGS in ejectment for the Holland Company lands, fo called, in the county of Ontario, as for a vacant poffeffion.

*D. A. Ogden* moved that Wilhem Willinck and three others, commonly called *The Holland Company*, be made defendants, inftead of Salftonftall the prefent defendant.

*Troup* on the fame fide. Any one whatever claiming title may be made defendant, though he has never been in actual poffeffion; and to this point cited Sty. 368. Sid. 24. 1 Lilly's Abridg. 674. 4 Durn. & Eaft. 122. Comb. 13.

*E. Livingston contra.* It is fettled that in pro-

ceeding for a vacant poffeffion, one claiming title, who is not already a party to the fuit, cannot be admitted to defend, but muft refort to his action of ejectment. He cited 2 Cromp. 191, 192. Statute of this State paffed 21ft Feb. 1788, fect. 29, 30. the firft of which fections fubjects *tenants* to penalties for not giving notice to their *landlords* of declarations in ejectment; and the laft of which provides that *landlords* may be admitted defendants by being joined with their *tenants*. From which it follows that no cafe is contemplated by our laws of admitting any one to come in and defend who is not a party to the original fuit, except a *landlord* who has a *tenant in poffeffion*.

*B. Livingston* in reply. In this cafe the lands, in judgment of law, are not vacant. The fuit is brought to recover feveral hundred thoufand acres, and it appears by the affidavit, that the Holland company have furveyed the tract, and erected buildings on fome part of it.

*Per Curiam.* The ftrict principles applicable to proceedings as for a vacant poffeffion in England, cannot, without manifeft inconvenience, be applied to unlocated lands in this country. Befides, here has been a furvey of this land, and buildings have been erected on fome part of it.

Motion granted.